IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SHARON D. WOODWARD, | : | |
| | : | |
| Claimant, | : | |
| | : | |
| v. | : | |
| | : | No. 3:11-CV-112 (CAR) |
| MICHAEL J. ASTRUE, | : | Social Security Appeal |
| Commissioner of Social Security, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 15] to uphold the Commissioner's decision to deny Claimant Sharon D. Woodward's application for disability benefits. No timely Objection to the Recommendation has been filed, and this Court, having considered the matter, agrees with the findings and conclusion of the United States Magistrate Judge. The Recommendation [Doc. 15] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. The final decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED,** this 19th day of December, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH